479 A.2d 1132

Commonwealth v. Boynton, Appellant.

Submitted April 16, 1984. David F. Itkoff, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed as to appellant's robbery and conspiracy convictions; judgment of sentence vacated as to appellant's theft and simple assault convictions.